IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CENTRAL TRANSPORT
INTERNATIONAL, INC.,
a Michigan Corporation,

      Plaintiff,

vs.

SCOTT MAINS D/B/A MAINS TRUCKING, an individual doing business as Mains Trucking, and LOWE'S COMPANIES, INC., a North Carolina for profit corporation.

      Defendants.

Case No. 08-13525-AC-MJH
Hon. Avern Cohn

---

JOHN L. BURKET (P41129)
BURKET ◊ SAVAGE P.C.
Attorneys for Plaintiff
24525 Harper Avenue
St. Clair Shores, MI 48080
(586) 777-0720

---

## JUDGMENT BY DEFAULT

The Defendant SCOTT MAINS d/b/a MAINS TRUCKING, having failed to plead or otherwise defend in this action and its default having been entered.

IT IS HEREBY ORDERED that Judgment by Default is entered in favor of Plaintiff CENTRAL TRANSPORT INTERNATIONAL, INC., and against Defendant SCOTT MAINS, individually and MAINS TRUCKING in the amount of $68,094.73 plus post judgment interest at the applicable legal rate.

Dated: January 14, 2009

                              s/Avern Cohn
                              AVERN COHN
                              U.S. District Court Judge